# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 232 WAL 2017

              Respondent        :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court

             v.                     :

GREGORY LUSTER,                  :

             Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.